UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FERNANDO MARTINEZ, *individually and on behalf of all others similarly situated*; PATRICE NORWOOD, *individually and on behalf of all others similarly situated*; ERNEST FONG, *individually and on behalf of all others similarly situated*; and KAVON SMITH, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-v.-

DANIEL H. COOK ASSOCIATES INC.,

Defendant.

26 Civ. 487 (KPF)

---

SHANNON TAYLOR, *individually and on behalf of all others similarly situated*,

Plaintiff,

-v.-

DANIEL H. COOK ASSOCIATES INC.,

Defendant.

26 Civ. 805 (KPF)

---

KATHERINE POLK FAILLA, District Judge:

On February 2, 2026, the Court accepted Case No. 26 Civ. 805 as related to the data breach cases already consolidated under Case No. 26 Civ. 487. (Case No. 26 Civ. 805, February 2, 2026 Docket Entry).  The Court now ORDERS that Case No. 26 Civ. 805 is consolidated under Case No. 26 Civ. 487.  (*See* Case No. 26 Civ. 487, Dkt. #8 (directing the Clerk of Court to consolidate "any future related actions based on the same alleged data breach

under Case No. 26 Civ. 487")).  The Court directs counsel for Ms. Taylor in

Case No. 26 Civ. 805 to review docket entry 8 in Case No. 26 Civ. 487, which

discusses the initial pretrial conference scheduled for February 19, 2026.

The Clerk of Court is directed to administratively close Case No. 26 Civ. 805.

    SO ORDERED.

Dated:  February 6, 2026
        New York, New York

                                      KATHERINE POLK FAILLA
                                United States District Judge