UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDO MARTINEZ, *individually and on behalf of all others similarly situated*; PATRICE NORWOOD, *individually and on behalf of all others similarly situated*; ERNEST FONG, *individually and on behalf of all others similarly situated*; KAVON SMITH, *individually and on behalf of all others similarly situated*; and SHANNON TAYLOR, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-v.-

DANIEL H. COOK ASSOCIATES INC.,

Defendant.

26 Civ. 487 (KPF)

KATHERINE POLK FAILLA, District Judge:

An initial pretrial conference ("IPTC") in this matter is currently scheduled for February 19, 2026. (Dkt. #8). But the docket does not reflect that Defendant has been served, and the Court observes that no counsel for Defendant has appeared. The Court understands from communications with counsel for Plaintiffs that counsel is in the process of attempting to serve process on Defendant. Accordingly, to allow Plaintiffs time to effect service and to allow Defendant time to appear and review the case documents, the Court hereby ADJOURNS the IPTC previously scheduled for February 19, 2026, to **March 13, 2026**, at **2:30 p.m.** in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

Recognizing that certain Plaintiffs' counsel have already submitted a motion for appointment as interim co-lead class counsel (*see* Dkt. #5), the Court ORDERS that any additional or revised motions for interim lead class counsel are due on or before **March 4, 2026**.  Any opposition papers are due on or before **March 9, 2026**.

The Court reminds the parties that the directives listed in its Consolidation Order — regarding ECF registration, conferring to discuss settlement and other Rule 16 conference subjects, the Proposed Stipulation to Set Scheduling Deadlines, the joint letter, requests for extensions or adjournments, and notification to other parties — still apply.  (*See* Dkt. #8 at 3-6).

SO ORDERED.

Dated:   February 11, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2